UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANDREW KIMBLE

Plaintiff(s), Case No. 1:20-cv-00154

v.

Hon. Janet T. Neff

SLICK INNOVATIONS, LLC

Defendant(s).
_________________________________/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, SLICK INNOVATIONS, LLC (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Slick Innovations, LLC is wholly owned by its parent company, SlickText, Inc.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☑ Yes ☐ No
   If yes, identify entity and nature of interest:

   Main Street Capital Corp., a publicly held corporation, and HMS Income Fund Inc., a public, non-traded business development company, each have an ownership interest in SlickText, Inc.

Date: April 2, 2020

/s/ Joseph P. Bowser
(Signature)

ROTH JACKSON GIBBONS CONDLIN, PLC
1519 Summit Ave, Suite 102
Richmond, VA 23230
TEL: (804) 441-8701
FAX: (804) 441-8438
Email: jbowser@rothjackson.com