UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW KIMBLE, on behalf of himself and
all others similarly situated, INC.,

    Plaintiff,

v.

                                                                        Case No. 1:20-cv-154

JAMNBEAN LLC d/b/a "JAM'NBEAN
COFFEE COMPANY," et al.,                         HON. JANET T. NEFF

    Defendants.
_____/

## ORDER

Pending before the Court is the parties' Stipulation to Stay Case Pending the Supreme Court's Decision in *Facebook, Inc. v. Duguid* (ECF No. 46). The Court having reviewed the stipulation:

**IT IS HEREBY ORDERED** that the Stipulation to Stay Case Pending the Supreme Court's Decision in *Facebook, Inc. v. Duguid* (ECF No. 46) is GRANTED.

**IT IS FURTHER ORDERED** that this matter is STAYED and ADMINISTRATIVELY CLOSED pending a decision of the United States Supreme Court in *Facebook v. Duguid*, No. 19-511, and further order of the Court. This closing is for administrative purposes only and does not constitute a decision on the merits. Within fourteen (14) days of the decision in *Facebook v. Duguid*, the Court will allow either side to move to reopen this action.

**IT IS FURTHER ORDERED** that in the event this matter is reopened, Defendants' answers to the First Amended Complaint or pre-motion conference requests, if any, shall be filed no later than fourteen (14) days after the case is reopened.

Dated: October 14, 2020                                      /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                     United States District Judge