Case 1:20-cv-00154-JTN-SJB   ECF No. 48,  PageID.135   Filed 04/22/21   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANDREW KIMBLE, | ) CIVIL COMPLAINT |
| Plaintiff, | ) CASE NO. 1:20-CV-154 |
| v. | ) |
| | ) **JUDGE JANET T. NEFF** |
| JAMNBEAN LLC d/b/a "JAM'NBEAN COFFEE COMPANY," et al. | ) **MAG. JUDGE SALLY J. BERENS** |
| Defendants. | ) |

**PLAINTIFF ANDREW KIMBLE'S NOTICE OF DISMISSAL**

Now comes ANDREW KIMBLE and dismisses this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  As grounds, Plaintiff states that no Defendant has filed a responsive pleading or a motion for summary judgment, and Plaintiff may therefore dismiss the action as a matter of right. *See McCord v. Bd. of Educ.*, No. 17-5548, 2018 U.S. App. LEXIS 2374, at *13 (6th Cir. Jan. 30, 2018).

Dated:  April 22, 2021

By:  s/ Jonathan Hilton

Jonathan Hilton (0095742)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Suite 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 927-5980
jhilton@hiltonparker.com